# Court of Appeals
# of the State of Georgia

ATLANTA, May 06, 2025

*The Court of Appeals hereby passes the following order*

## A25I0200. MOTORSPORTS OF CONYERS, LLC d/b/a FALCONS FURY HARLEY-DAVIDSON et al v. EDMUND BURBACH.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

SUCV20201854



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, May 06, 2025.

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*